**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00945-REB-KLM

MARIE POWERS,

    Plaintiff,

v.

AIR SERV CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#27] filed April 7, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#27] filed April 7, 2011, is **APPROVED**;

    2.  That the jury trial set to commence April 25, 2011, is **VACATED**; and

    3.  That this action is **DISMISSED WITH PREJUDICE**.

    Dated April 8, 2011, at Denver, Colorado.

                              **BY THE COURT:**

                              Robert E. Blackburn
                              United States District Judge